1  SAFEER HOPTON (SBN No. 271027)
2  EMILY FUNG THENARD (SBN No. 264619)
   SAG-AFTRA
3  5757 Wilshire Boulevard, 7th Floor
   Los Angeles, California 90036-3600
4  Telephone:  (323) 549-6671
   Facsimile:  (323) 549-6624
5  safeer.hopton@sagaftra.org

6  Attorney for Petitioner
   Screen Actors Guild - American Federation
7  Of Television and Radio Artists

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  SCREEN ACTORS GUILD-              Case No.  CV14-5974 CBM(AGRx)
    AMERICAN FEDERATION OF
12  TELEVISION AND RADIO             **JUDGMENT**
    ARTISTS, a non-profit corporation, as
13  successor-in-interest to SCREEN
    ACTORS GUILD, INC., on behalf of
14  Affected Performers,

15          Petitioner,

16  v.

17  STANDING ROOM PICTURES,
    LLC and WE & CO/OPTIMALE,
18
            Respondents.
19

20

21

22  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23          The regularly noticed Motion for Order Confirming Arbitration Award and

24  for Entry of Judgment in Conformity Therewith of petitioner Screen Actors Guild-

25  American Federation of Television and Radio Artists ("Union"), as successor-in-

26  interest to Screen Actors Guild, Inc., came before the Court.

27          Having considered all of the pleadings and arguments submitted by the

28  parties in connection with this motion, the pleadings and papers on file, and any

oral and/or documentary evidence presented at the time of any hearing:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1.      The arbitration award in favor of Screen Actors Guild-American Federation of Television and Radio Artists, as successor-in-interest to Screen Actors Guild, Inc., and against Respondents Standing Room Pictures, LLC and WE & Co/OPTIMALE, respectively, Union Case No. 2630, dated August 6, 2010, is confirmed in all respects.

2.      Standing Room Pictures, LLC is ordered to pay as follows:

(a)      To Screen Actors Guild-American Federation of Television and Radio Artists, on behalf of affected performers, the sum of $49,554.77;

3.      Respondents Standing Room Pictures, LLC and WE & Co/OPTIMALE, with joint and several liability, are ordered to pay as follows:

(a)      To Screen Actors Guild-American Federation of Television and Radio Artists, on behalf of affected performers, the sum of $16,607.71;

(b)      To Screen Actors Guild-American Federation of Television and Radio Artists for its attorney's fees incurred in this action, the sum of $2,400.00;

(c)      To Screen Actors Guild-American Federation of Television and Radio Artists for its costs incurred in this action, the sum of $400.

JUDGMENT

4.      Screen Actors Guild-American Federation of Television and Radio Artists is hereby granted an assignment of Respondents' accounts receivable from the distribution, exhibition, exploitation or other use of the motion picture entitled "*Scab*" aka "*Fangs and Loathing in Las Vegas*"  anywhere in the world until the amounts due are paid in full.


Dated: September 8, 2014


Judge of the United States District Court

JUDGMENT